IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,     :

    Plaintiff,     :

    v.     :   Civil No. HAR-92-324-C

Yvette James Bellinger,     :

    Defendant,     :

Georgetown University,     :

    Garnishee.     :

.....oOo.....

Mr. Clerk:

    Plaintiff, United States of America, hereby withdraws its request for a Writ of Attachment on Wages and for cause therefor states:

    Plaintiff has been informed by the Garnishee that the defendant, Yvette James Bellinger, is no longer employed by Georgetown University.

                          Respectfully submitted,

                          Lynne A. Battaglia
                          United States Attorney

By: _____
    Tamera L. Fine
    Assistant United States Attorney
    6625 United States Courthouse
    101 West Lombard Street
    Baltimore, Maryland 21201-2692
    410/209-4800
    (Trial Bar No. 024751)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __18th__ day of __January__, 2000, a copy of the foregoing was sent, first class mail, postage prepaid, to the Garnishee at:

Georgetown University
3520 Prospect Street, N.W.
Suite 306
Washington, D.C. 20057
Attn: Janet Tidwell
      Payroll

_____
Tamera L. Fine
Assistant United States Attorney